UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

WALTON LOPEZ,

                Plaintiff,                      21-CV-8666 (KMK) (AEK)

  -against-                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On March 1, 2022, the Court directed Plaintiff to re-serve the summons and complaint on the U.S. Attorney's Office by March 8, 2022, and ordered that no later than 14 days after the summons and complaint were received by the U.S. Attorney's Office, the Commissioner should file a notice of appearance.  *See* ECF No. 9.  The Court also directed the parties to meet and confer regarding the date by which the Commissioner proposed to file the e-CAR, and inform the Court by joint letter of the proposed deadline no later than 14 days after the summons and complaint were received.  *Id.*  The Commissioner subsequently filed a notice of appearance on March 15, 2022, but to date the parties have not filed their joint letter regarding deadlines.  *See* ECF No. 11.  Accordingly, the parties are instructed to submit a joint letter by **Thursday, April 14, 2022,** with an agreed-upon deadline by which the e-CAR will be filed or with competing proposals for the appropriate deadline.

Dated: April 11, 2022
       White Plains, New York

                                                  **SO ORDERED.**

                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge